Submitted July 6, affirmed August 4, 2021

GLENN CHRIS DAVIS,
*Petitioner-Appellant,*

*v.*

Corey FHUERE,
Superintendent,
Shutter Creek Correctional Institution,
*Defendant-Respondent.*

Coos County Circuit Court
18CV30032; A171012

492 P3d 781

Brett A. Pruess, Judge.

Jason Weber and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *Rodriguez-Moreno v. State of Oregon*, 208 Or App 659, 145 P3d 256 (2006), *rev den*, 343 Or 159 (2007).